■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SHAW, Appellant.—Judgment of the Supreme Court, Bronx County, rendered November 5, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel denied (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). Counsel argues excessiveness and concludes with a request for a reduction of sentence. Consequently, there is a point advanced on appeal which is not wholly frivolous. The procedure of *People v Saunders (supra)* is, therefore, unavailable. Concur—Kupferman, J. P., Evans, Capozzoli and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN SANTANA, Appellant.—Motion granted to the extent of amending the remittitur to recite the following: "Upon the apppeal herein there were presented, and necessarily passed upon, questions under the Constitution of the United States, viz.: Appellant contended that his rights under the Sixth and Fourteenth Amendments of the United States Constitution were violated. The Appellate Division held that there was no violation of appellant's rights." Concur—Birns, J. P., Silverman, Markewich and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RODRIGUEZ, Appellant.—Motion to dismiss appeal granted on the ground that appellant has absconded and there is an outstanding parole warrant for his arrest. Concur—Kupferman, J. P., Lupiano, Evans and Lane, JJ.

## (November 22, 1977)

■ In the Matter of HENRY KAUFMAN, on Behalf of Himself and All Other Members of the New York City Police Department, Article 2 Pension System, Similarly Situated, Appellant, v MICHAEL J. CODD et al., Respondents.—Judgment, Supreme Court, New York County, entered on or about January 19, 1977, unanimously affirmed for the reasons stated by Gellinoff, J., without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Silverman and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR MARIERA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 27, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Kupferman, J. P., Evans, Capozzoli and Lynch, JJ.